IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY LATOUR, et al., | ) |
| Plaintiffs, | ) ) ) ) |
| vs. | ) CA 5-1076 |
| RIVERSIDE BEAVER SCHOOL DISTRICT, | ) ) ) |
| Defendant. | ) |

AMBROSE, Chief District Judge.

**ORDER OF COURT**

**AND NOW**, this 22nd day of **November, 2005**, the parties to the above-captioned action have reached an amicable settlement of their respective claims and stipulate that the action may be dismissed with prejudice.

It is, accordingly, **ORDERED** that the above-captioned action is hereby **DISMISSED** with prejudice pursuant to Fed.R. Civ.P.41(a)(2). Entry of the foregoing Order is hereby consented to this ___ day of **November, 2005.**

BY THE COURT:

Donetta W. Ambrose,
Chief U. S. District Judge

_____
Attorney for Plaintiff

_____
Attorney for Plaintiff

_____
Attorney for Defendant

_____
Attorney for Defendant

1